UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------- X
RICHARD SIEGAL.,

           Plaintiff,      07 Civ. 5991 ( )

    - against -

                            **RULE 7.1 STATEMENT**

WHITE LIGHT DESIGN, INC. and KEVIN D. WHITE,

           Defendant.

--------------------- X

Pursuant to Rule 7.1 [Formerly Local General Rule 9] of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the White Light Design, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are not publicly held:

                            NONE

Dated: June 25, 2007

                                        VAL MANDEL (VM-1191)