Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue
10th Floor
New York, NY 10169
(212) 551-1445

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
RICHARD SIEGAL,                          :    No. 07-cv-5991 (JSR)
                                                              :    Electronically Filed Case
                    Plaintiff,                :
                                                              :    **NOTICE OF APPEARANC**E
       -against-                              :
                                                              :
WHITE LIGHTING DESIGN, INC. and   :
KEVIN D. WHITE,                             :
                                                              :
                    Defendants.            :
-------------------------------------------------------------X

TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel of record in this case for Plaintiff Richard Siegal.

I request that all papers in this action be served upon me at the above address.  I further certify

that I am admitted to practice in this Court.

Dated:  July 10, 2007
        New York, New York

                                                              s/  Paul R. Niehaus
                                                              Paul R. Niehaus (PN-3994)
                                                              NIEHAUS LLP
                                                              230 Park Avenue
                                                              10th Floor
                                                              New York, New York 10169
                                                              Tel: (212) 551-1445
                                                              Fax: (212) 624-0223
                                                              pniehaus@niehausllp.com
                                                              *Attorneys for Plaintiff*

TO:   Eric Wertheim
      Val Mandel, P.C.
      80 Wall Street, Suite 1115
      New York, New York  10005
      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Paul R. Niehaus, Esq., an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Notice of Appearance to be filed using the ECF system, which will electronically serve the following:

>   Eric Wertheim
>   Val Mandel, P.C.
>   80 Wall Street, Suite 1115
>   New York, New York  10005
>   vm@valmandelpc.net
>   *Attorneys for Defendants*

Dated: July 10, 2007
        New York, New York

                                                         s/ Paul R. Niehaus
                                                         Paul R. Niehaus