WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 02/02/04
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal-Bahama |
| Bistate Oil Mgt Corp. | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| New York, NY 10022 | | |

### INVOICE # 13045

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 24,115.00 | |
| *Through  2/2/04* | | | |
| CAD/Drafting Fees | | $ 2,827.50 | |
| *Through  2/2/04* | | | |
| Office Support Fees | | $ 1,072.50 | |
| *Through  2/2/04* | | | |
| Sub Total | | | $ 28,015.00 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | | | |
| *Through  2/2/04* | | $ 3,835.00 | |
| *Travel Expenses* | | $ 3,099.82 | |
| *Freight* | | $ 27.37 | |
| Sub Total | | | $ 6,962.19 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Dimmer & Florescent lamps for testing | $ 380.00 | |
| Sub Total Fixtures | | | $ 380.00 |

| | |
|---|---|
| Invoice Sub Total | $ 35,357.19 |

| | |
|---|---|
| Invoice Sub Total: | $ 35,357.19 |
| Tax: | $ 23.60 |
| Invoice Total: | $ 35,380.79 |

# FAX TRANSMITTAL

Date:  4/30/04



**WHITE LIGHTING DESIGN, INC**
4910 Iris Street
Wheat Ridge, Colorado
80033
303-463-6661 phone
303-463-6665 fax
mail@whitelightingdesign.com

To:  **Richard Siegal**

CC:

From:  **Kevin D. White**

Project:  **Bahamas Residence**

Re:  **Invoices**

No. of pages:  **3**
(including this one)

---

Dear Richard,

Sorry I missed you yesterday morning. Thank you again for your hospitality, and for the opportunity to work on this project with yourself and Gail. And again thanks for the ride out from Denver.

I have enclosed our current invoice dated 04/26/04 along with the previous one dated 03/22/04 that is still open. I intended to hand these to you while I was at the house but forgot. Please call if you have any questions regarding either one. I did get confirmation from Kevin __?__ at the Atlantis that they have reversed the charges for my room from the last trip.

Hope you have a relaxing weekend, and I will see in the Bahamas next week.

Sincerely,

Kevin D. White

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



Date: 03/22/04
Terms: On Receipt

| Richard Siegal | Job name | Siegel-Bahamas |
|---|---|---|
| Bistate Oil Mgt Corp. | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| New York, NY 10022 | | |

### INVOICE # 13067

**CONSULTATION FEES**

| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ 11,437.50 | | |
| *Through  3/22/04* | | | | |
| CAD/Drafting Fees | | $    487.50 | | |
| *Through  3/22/04* | | | | |
| Office Support Fees | | $    211.25 | | |
| *Through  3/22/04* | | | | |
| Sub Total | | | $ | 12,136.25 |

**REIMBURSABLES**

| | | | | |
|---|---|---|---|---|
| Miscellaneous Expense | | | | |
| *Travel Time* | | $ 1,300.00 | | |
| *Through   3/22/04* | | | | |
| *Freight* | | $    42.88 | | |
| *Plots* | | $    75.04 | | |
| Sub Total | | | $ | 1,417.92 |

**FIXTURE COST**

| | | | | |
|---|---|---|---|---|
| *·Fixtures* | Mock-ups | $    171.73 | | |
| | Lutron | $    220.00 | | |
| Sub Total Fixtures | | | $ | 391.73 |

| Invoice Sub Total | | | $ | 13,945.90 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 13,945.90 |
| Tax: | $ | 24.28 |
| Invoice Total: | $ | 13,970.18 |



**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com

**Date:** 04/26/04
**Terms:** On Receipt

| | | |
|---|---|---|
| Richard Siegel | Job name | Siegel-Bahama |
| Bistate Oil Mgt. Corp | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| New York, NY 10022 | | |

### INVOICE # 13076

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 12,966.25 | |
| *Through* 4/26/04   25 | | |
| CAD/Drafting Fees | $  1,218.75 | |
| *Through* 4/26/04   25 | | |
| Office Support Fees 25 | $    325.00 | |
| *Through* 4/26/04 | | |
| Sub Total                25 | | $ 14,510.00 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $    585.00 | |
| *Through* 4/26/04   25 | | |
| *Travel Expenses*  25 | $    639.44 | |
| *Plots* | $    838.74 | |
| Sub Total | | $  2,063.18 |

**FIXTURE COST**

| | | |
|---|---|---|
| *Fixtures*        Fixture for testing | $    450.00 | |
| Sub Total Fixtures | | $    450.00 |

| | |
|---|---|
| Invoice Sub Total | $ 17,023.18 |

| | |
|---|---|
| Invoice Sub Total: | $ 17,023.18 |
| Tax: | $      27.90 |
| Invoice Total: | $ 17,051.08 |

*(handwritten)* 10 /  # 11900
4-30-04



WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com

**Date: 04/26/04**
**Terms: On Receipt**

| | |
|---|---|
| Richard Siegel | Job name |
| Bistate Oil Mgt. Corp | Job # |
| 5 East 59th St. 5th Floor | |
| New York, NY 10022 | |

Job name    Siegel-Bahama
Job #       03-028

## INVOICE # 13076

| CONSULTATION FEES | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 12,966.25 | |
| Through 4/26/04 *25* | | | |
| CAD/Drafting Fees *25* | | $ 1,218.75 | |
| Through 4/26/04 | | | |
| Office Support Fees *25* | | $ 325.00 | |
| Through 4/26/04 | | | |
| Sub Total *25* | | | $ 14,510.00 |

| REIMBURSABLES | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | | $ 585.00 | |
| Through 4/26/04 | | | |
| *Travel Expenses 25* | | $ 639.44 | |
| *Plots* | | $ 838.74 | |
| Sub Total | | | $ 2,063.18 |

| FIXTURE COST | | | |
|---|---|---|---|
| *Fixtures*   Fixture for testing | | $ 450.00 | |
| Sub Total Fixtures | | | $ 450.00 |

| Invoice Sub Total | | | $ 17,023.18 |

| | |
|---|---|
| Invoice Sub Total: | $ 17,023.18 |
| Tax: | $ 27.90 |
| Invoice Total: | $ 17,051.08 |

18 / # 11908
4-30-04

WHITE LIGHTING DESIGN

303-463-6661



**Date: 06/01/04**
**Terms: On Receipt**

---

| Richard Siegal | Job name | Siegel Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

---

### INVOICE # 13082

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 17,236.25 | | |
| *Through  6/1/04* | | | |
| CAD/Drafting Fees | $ 3,851.25 | | |
| *Through  6/1/04* | | | |
| Office Support Fees | $ 715.00 | | |
| *Through  6/1/04* | | | |
| Sub Total | | $ | 21,802.50 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | $ 1,755.00 | | |
| *Through  6/1/04* | | | |
| *Freight* | $ 72.00 | | |
| *Plots* | $ 167.30 | | |
| *Copies* | $ 246.00 | | |
| *Travel Expenses* | $ 1,912.80 | | |
| Sub Total | | $ | 4,153.10 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures*    Mem 9 | $ 503.70 | | |
| Sub Total Fixtures | | $ | 503.70 |
| Invoice Sub Total | | $ | 26,459.30 |

---

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 26,459.30 |
| Tax: | $ | 31.23 |
| Invoice Total: | $ | 26,490.53 |

*Hard copy mailed this day.*

## 11963
6-4-04

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



Date: 06/01/04
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegel Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13082

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 17,236.25 | |
| *Through  6/1/04* | | |
| CAD/Drafting Fees | $  3,851.25 | |
| *Through  6/1/04* | | |
| Office Support Fees | $    715.00 | |
| *Through  6/1/04* | | |
| Sub Total | | $    21,802.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $ 1,755.00 | |
| *Through  6/1/04* | | |
| *Freight* | $     72.00 | |
| *Plots* | $    167.30 | |
| *Copies* | $    246.00 | |
| *Travel Expenses* | $  1,912.80 | |
| Sub Total | | $     4,153.10 |

**FIXTURE COST**

| | | |
|---|---|---|
| *Fixtures* | Cove Light Fixtures for Mock-up & testing  $    503.70 | |
| Sub Total Fixtures | | $       503.70 |
| Invoice Sub Total | | $    26,459.30 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 26,459.30 |
| Tax: | $ | 31.23 |
| Invoice Total: | $ | 26,490.53 |

*[handwritten] AB ℐ #11977  6-11-04*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



**Date:** 06/28/04
**Terms:** On Receipt

| | |
|---|---|
| Richard Siegel | Job name  Siegel-Bahamas |
| Bistate Oil Mgt Corp | Job #  03-028 |
| 5 E. 59th St. 5th Floor | |
| New York, NY 10022 | |

### INVOICE # 13097

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 18,637.50 | | |
| *Through 6/28/04* | | | |
| CAD/Drafting Fees | $ 2,226.25 | | |
| *Through 6/28/04* | | | |
| Office Support Fees | $ 1,072.50 | | |
| *Through 6/28/04* | | | |
| Sub Total | | $ | 21,936.25 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | $ 2,161.25 | | |
| *Travel Expenses* | $ 466.40 | | |
| *Through 6/28/04* | | | |
| *Freight* | $ 52.00 | | |
| *Copies* | $ 258.37 | | |
| *Plots* | $ 771.75 | | |
| Sub Total | | $ | 3,709.77 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Window Treatment Samples | $ 6,477.00 | |
| | Nastro Ribbon | $ 450.00 | |
| Sub Total Fixtures | | $ | 6,927.00 |

| | | |
|---|---|---|
| Invoice Sub Total | $ | 32,573.02 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 32,573.02 |
| Tax: | $ | 429.48 |
| Invoice Total: | $ | 33,002.50 |

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 08/02/04
Terms: On Receipt

| | |
|---|---|
| Richard Siegal | Job name    Siegal-Bahamas |
| Bistate Oil Mgt Corp | Job #       03-028 |
| 5 East 59th St. 5th Floor | |
| New York NY 10022 | |

### INVOICE # 13111

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 13,771.25 | | |
| *Through  8/2/04* | | | |
| CAD/Drafting Fees | $  2,551.25 | | |
| *Through  8/2/04* | | | |
| Office Support Fees | $  1,462.50 | | |
| *Through  8/2/04* | | | |
| Sub Total | | $ | 17,785.00 |

**REIMBURSABLES**

| | | | | |
|---|---|---|---|---|
| Miscellaneous Expense | | | | |
| *Travel Time* | | $  1,040.00 | | |
| *Through  8/2/04* | | | | |
| *Travel Expenses* | | $  2,976.70 | | |
| *Blueprints* | | $    493.12 | | |
| *Freight* | | $    358.71 | | |
| *Copies* | | $      5.55 | | |
| *Outside Services* | Innovative Openings;  Samples $35.10 | $  2,215.49 | | |
| | Travel time $225.00 | | | |
| | 9.5 hrs consultation $1187.50 | | | |
| | Travel time $337.50 | | | |
| | Overnight Samples $29.75 | | | |
| | 3 hrs consultation $375 | | | |
| | Overnight Vertical Blind $21.75 | | | |
| | Overnight Addtl Vert. Blind $3.89 | | | |
| *Plots* | | $    464.56 | | |
| Sub Total | | | $ | 7,554.13 |

| | | | |
|---|---|---|---|
| **Invoice Sub Total** | | $ | 25,339.13 |

| | | | |
|---|---|---|---|
| Invoice Sub Total: | | $ | 25,339.13 |
| Tax: | | | |
| Invoice Total: | | $ | 25,339.13 |

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



Date: 09/20/04
Terms: On Receipt

| Richard Siegel | Job name | Siegel-Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| New York NY 10022 | | |

### INVOICE # 13130

CONSULTATION FEES

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 11,247.50 | |
| *Through 9/20/04* | | | |
| CAD/Drafting Fees | | $    831.25 | |
| *Through 9/20/04* | | | |
| Office Support Fees | | $    357.50 | |
| *Through 9/20/04* | | | |
| Sub Total | | | $   12,436.25 |

REIMBURSABLES

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | | $ 1,430.00 | |
| *Through 9/20/04* | | | |
| *Travel* | | $ 2,716.53 | |
| *Freight* | | $     84.15 | |
| *Copies* | | $    237.98 | |
| *Plots* | | $    107.45 | |
| Sub Total | | | $    4,576.11 |

FIXTURE COST

| | | | |
|---|---|---|---|
| *Fixtures* | Misc materials | $    140.00 | |
| Sub Total Fixtures | | | $      140.00 |
| Invoice Sub Total | | | $   17,152.36 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 17,152.36 |
| Tax: | $ | 8.68 |
| Invoice Total: | $ | 17,161.04 |

*# 12148*
*9-29-04*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



Date: 11/01/04
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegel | Job name | Siegel-Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E. 59th St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13144

CONSULTATION FEES

| | | |
|---|---|---|
| Design and Consultation Fees | $ 10,543.75 | |
| *Through  10/31/04* | | |
| CAD/Drafting Fees | $  1,202.50 | |
| *Through  10/31/04* | | |
| Office Support Fees | $   585.00 | |
| *Through  10/31/04* | | |
| Sub Total | | $   12,331.25 |

REIMBURSABLES

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $  1,560.00 | |
| *Through   10/31/04* | | |
| *Travel Expenses* | $  1,938.72 | |
| *Drafting* | $    90.04 | |
| *Plots* | $    99.96 | |
| Sub Total | | $    3,688.72 |

FIXTURE COST

| | | | |
|---|---|---|---|
| *Fixtures* | GEF32T8 | $   35.00 | |
| | Perf Grade 4Light | $   236.27 | |
| Sub Total Fixtures | | | $     271.27 |

| | | |
|---|---|---|
| Invoice Sub Total | | $   16,291.24 |

| | |
|---|---|
| Invoice Sub Total: | $   16,291.24 |
| Tax | $     16.83 |
| Invoice Total: | $   16,308.07 |

# 12261
10/15/04

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com

*Maria ( faxed )*



W H I T E
L I G H T I N G
D E S I G N

Date: 11/28/05
Terms: On Receipt

---

Richard Siegal                                           Job name    Siegal Bahamas
Bistate Oil Management                                   Job #        03-028
5 East 59th St. 5th Floor
NY NY 10022

---

### INVOICE # 13337

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 18,832.50 | |
| *Through  11/27/2005* | | |
| CAD/Drafting Fees | $  5,156.25 | |
| *Through  11/27/2005* | | |
| Office Support Fees | $  2,338.75 | |
| *Through  11/27/2005* | | |
| Sub Total | | $    26,327.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| *Travel Time* | $  3,337.50 | |
| *Through  11/27/2005* | | |
| *Travel Expenses* | $    110.28 | |
| *Copies* | $     14.25 | |
| *Plots* | $  1,450.68 | |
| Sub Total | | $     4,912.71 |

**Invoice Sub Total**                                                  $    31,240.21

---

| | | |
|---|---|---|
| Invoice Sub Total: | $    31,240.21 |
| Tax: | |
| Invoice Total: | $    31,240.21 |

*Ac. 62008.29*
*# 13023*
*12-8-05*

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 10/31/05
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal Bahamas |
| Bistate Oil Management | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE #

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 16,232.50 | |
| *Through  10/28/2005* | | | |
| CAD/Drafting Fees | | $  4,462.50 | |
| *Through  10/28/2005* | | | |
| Office Support Fees | | $  3,075.00 | |
| *Through  10/28/2005* | | | |
| Sub Total | | | $    23,770.00 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | $     75.81 | |
| *Travel Time* | | $    750.00 | |
| *Through  10/28/2005* | | | |
| *Travel Expenses* | | $    653.60 | |
| *Freight* | | $     71.44 | |
| Sub Total | | | $     1,550.85 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Fixtures detailed on deposit | $ 71,674.06 | |
| Sub Total Fixtures | | | $    71,674.06 |
| Invoice Sub Total | | | $    96,994.91 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 96,994.91 |
| Tax: | $ | 5,447.23 |
| Less Deposit Received: | $ | 71,674.06 |
| Invoice Total: | $ | 30,768.08 |

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com

Date: 12/05/05
Terms: Deposit for all fixtures approved for ordering through White
Lighting Design to date.
Tax and Shipping to be billed upon receipt of invoice from manufacturer.

| | | |
|---|---|---|
| Job name | Siegal - Bahamas |
| Job # | 03-028 |

### DEPOSIT INVOICE # 120505

| | Cost each | Total Cost |
|---|---|---|
| **FIXTURE COST** | | |
| *Fixtures* | | |
| (1) "Reflexion 80" (Multi-Purpose Rm. Pendant) | $1,214.64 | $1,214.64 |
| (9) Neidhardt Form S Linear (fluor. Bath bars) | $1,280.58 | $11,525.22 |
| (1) Vibia "Tiptoe" table lamp | $409.50 | $409.50 |
| (2) Studio Italia Design "Quasar" table lamps | $881.30 | $1,762.60 |
| Bridge and Rec. Rm. Cold Cathode | $18,879.00 | $18,879.00 |
| (1) Boyd Lighting "Cascade" Entry Chandelier | $39,907.98 | $39,907.98 |
| (12) Energie Recessed Sconces - upper level hall | $618.80 | $7,425.60 |
| Kitchen Barrisol Ceiling | $6,840.00 | $6,840.00 |
| (3) Kentfield Collection floor lamp | $3,774.75 | $11,324.25 |
| (2) Kentfield Collection table lamp | $1,719.25 | $3,438.50 |
| (1) i.e "Carre" Wall Sconce - Caretakers Unit | $619.50 | $619.50 |
| Landscape Lighting Package (Estimate):    **Fixtures** | $75,500.00 | $75,500.00 |
|                              **Transformers** | $32,865.00 | $32,865.00 |

| | | |
|---|---|---|
| Invoice Sub Total: | | 211,711.79 |
| Tax: | | |
| Invoice Total: | | $211,711.79 |

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



**WHITE LIGHTING DESIGN**

Date: 02/14/05
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegel | Job name | Siegel-Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E. 59th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13179

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 13,848.75 | | |
| *Through 2/13/05* | | | |
| CAD/Drafting Fees | $ 3,000.00 | | |
| *Through 2/13/05* | | | |
| Office Support Fees | $ 97.50 | | |
| *Through 2/13/05* | | | |
| Sub Total | | $ | 16,946.25 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | $ 2,860.00 | | |
| *Through 2/13/05* | | | |
| *Travel Expenses* | $ 1,516.02 | | |
| *Freight* | $ 224.96 | | |
| *Copies* | $ 29.25 | | |
| *Time  Innovative Openings* | $ 1,394.00 | | |
| *Plots* | $ 735.70 | | |
| Sub Total | | $ | 6,759.93 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Materials from Innovative Openings | $ 1,283.30 | |
| Sub Total Fixtures | | $ | 1,283.30 |

| | | |
|---|---|---|
| Invoice Sub Total | $ | 24,989.48 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 24,989.48 |
| Tax: | $ | 79.58 |
| Invoice Total: | $ | 25,069.06 |

*[handwritten notations]*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-666 phone
303-463-666 fax
mail@whitelightingdesign.com

Date: 03/07/05
Terms: On Receipt





WHITE
LIGHTING
DESIGN

---

Richard Siegal
Bistate Oil Mgt Corp
5 East 59th St. 5th Floor
NY NY 10022

Job name    Seigal Bahamas
Job #       03-028

---

### INVOICE # 13198

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 17,300.00 | |
| *Through 3/7/2005* | | |
| CAD/Drafting Fees | $  4,585.00 | |
| *Through 3/7/2005* | | |
| Office Support Fees | $    517.50 | |
| *Through 3/7/2005* | | |
| Sub Total | | $    22,402.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $    945.00 | |
| *Through  3/7/2005* | | |
| *Travel Expenses* | $  2,227.62 | |
| *Freight* | $    255.35 | |
| *Copies* | $    250.03 | |
| *Plots* | $     96.84 | |
| Sub Total | | $     3,774.84 |

| | | |
|---|---|---|
| Invoice Sub Total | | $    26,177.34 |

| | | |
|---|---|---|
| Invoice Sub Total: | $    26,177.34 |
| Tax: | |
| Invoice Total: | $    26,177.34 |

# 12512
4-4-05

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-666 phone
303-463-666 fax
mail@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 04/19/05
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal-Bahamas |
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13210

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 20,030.00 | |
| *Through 4/19/2005* | | |
| CAD/Drafting Fees | $ 3,492.50 | |
| *Through 4/19/2005* | | |
| Office Support Fees | $ 1,343.75 | |
| *Through 4/19/2005* | | |
| Sub Total | | $ 24,866.25 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $ 6,656.25 | |
| *Through 4/19/2005* | | |
| *Travel Expenses* | $ 3,052.42 | |
| *Freight* | $ 568.40 | |
| *Copies* | $ 12.75 | |
| *Plots* | $ 1,401.68 | |
| Sub Total | | $ 11,691.50 |

| | | |
|---|---|---|
| Invoice Sub Total | | $ 36,557.75 |

| | | |
|---|---|---|
| Invoice Sub Total: | | $ 36,557.75 |
| Tax: | | |
| Invoice Total: | | $ 36,557.75 |

*PO. 1*
*A 12583*
*5-12-05*

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661    phone
303-463-6665    fax
mail@whitelightingdesign.com



**Date:** 06/20/05
**Terms:** On Receipt

| Richard Siegal | Job name | Siegal Bahamas |
|---|---|---|
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13226

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 36,615.00 | |
| *Through 6/17/2005* | | | |
| CAD/Drafting Fees | | $ 5,510.85 | |
| *Through 6/17/2005* | | | |
| Office Support Fees | | $ 3,418.75 | |
| *Through 6/17/2005* | | | |
| Sub Total | | | $ 45,544.60 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Miscellaneous Expense | | | |
| *Travel Time* | | $ 4,725.00 | |
| *Through 6/17/2005* | | | |
| *Travel Expenses* | | $ 9,504.93 | |
| *Freight* | | $ 144.23 | |
| *Copies* | | $ 162.00 | |
| Sub Total | | | $ 14,536.16 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Translucent Barrisol sheeet | $ 360.00 | |
| | Vertical Blind | $ 765.78 | |
| | Eurofase | $ 80.50 | |
| | Material | $ 147.05 | |
| Sub Total Fixtures | | | $ 1,353.33 |

| | | |
|---|---|---|
| **Invoice Sub Total** | | $ 61,434.09 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 61,434.09 |
| Tax: | $ | 102.86 |
| Invoice Total: | $ | 61,536.95 |

#12704
6-29-05

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



Date: 07/25/05
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal-Bahamas |
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13254

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 17,910.00 | |
| *Through 7/22/2005* | | |
| CAD/Drafting Fees | $ 1,412.50 | |
| *Through 7/22/2005* | | |
| Office Support Fees | $ 2,400.00 | |
| *Through 7/22/2005* | | |
| Sub Total | | $ 21,722.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $ 1,377.50 | |
| *Through 7/22/2005* | | |
| *Travel Expenses* | $ 4,430.22 | |
| *Freight* | $ 386.67 | |
| *Copies* | $ 148.50 | |
| *Plots* | $ 877.03 | |
| Sub Total | | $ 7,219.92 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Outdoor lights/Mariner | $ 3,558.84 | |
| | 3500k Lamp | $ 1,010.00 | |
| | Frost glass for fixture | $ 35.00 | |
| Sub Total Fixtures | | | $ 4,603.84 |

| | |
|---|---|
| **Invoice Sub Total** | $ 33,546.26 |

| | |
|---|---|
| Invoice Sub Total: | $ 33,546.26 |
| Tax: | $ 349.90 |
| Invoice Total: | $ 33,896.16 |

*[handwritten]* #12824
9-1-05

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com





**Date:** 09/06/05
**Terms:** On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal Bahamas |
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13284

CONSULTATION FEES

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 12,566.25 | | |
| *Through 9/2/2005* | | | |
| CAD/Drafting Fees | $     906.25 | | |
| *Through 9/2/2005* | | | |
| Office Support Fees | $   1,797.50 | | |
| *Through 9/2/2005* | | | |
| Sub Total | | $ | 15,270.00 |

REIMBURSABLES

| | | | |
|---|---|---|---|
| *Travel Expenses* | $   1,356.30 | | |
| *Freight* | $      352.20 | | |
| *Copies* | $      405.00 | | |
| *Plots* | $      122.85 | | |
| Sub Total | | $ | 2,236.35 |
| Invoice Sub Total | | $ | 17,506.35 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 17,506.35 |
| Tax: | | |
| Invoice Total: | $ | 17,506.35 |

*# 12889*
*10-10-05*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com

**WHITE LIGHTING DESIGN**

Date: 10/07/05
Terms: Deposit for all fixtures approved for ordering through White
Lighting Design to date.
Tax and Shipping to be billed upon receipt of invoice from manufacturer.

| | | |
|---|---|---|
| Job name | Siegal - Bahamas | |
| Job # | 03-028 | |

## INVOICE # 100705

| FIXTURE COST | | | Cost each | Total Cost |
|---|---|---|---|---|
| *Fixtures* | A7 | (2) Eurofase "Prisma" Ceiling Mount | $80.50 | $161.00 |
| | A11 | (3) AV Mazzega Ceiling Mount | $616.00 | $1,848.00 |
| | A14 | (1) AV Mazzega Ceiling Mount | $492.10 | $492.10 |
| | A16 | (1) Murano Due Pendant | $1,409.87 | $1,409.87 |
| | A17 | (1) Prudential 3' Recessed Dome | $1,204.00 | $1,204.00 |
| | | (1) Prudential 4' Recessed Dome | $1,631.00 | $1,631.00 |
| | | (1) Prudential 5' Recessed Dome | $3,409.00 | $3,409.00 |
| | A21 | (1) Eurofase "Folie 70s" Ceiling Mount | $1,935.29 | $1,935.29 |
| | B1 | (12) Louis Poulsen "PH Wall" Ext. Sconce | $1,973.77 | $23,685.20 |
| | B5 | (21) Italamp 668/APM Wall Sconce | $301.00 | $6,321.00 |
| B8,B21,B31,B32,B35,B38,B39 | | (20) Casella #C1410 Swing-Arm Lamp | $795.54 | $15,910.80 |
| | B11 | (1) B-K "Alpine" Exterior Wall Sconce | $334.60 | $334.60 |
| | B12b | (2) Aureliano Toso Wall Sconce | $657.17 | $1,314.35 *1314.34* |
| | B17 | (5) Prisma "Plus Ovale 280" Sconce | $196.00 | $980.00 |
| | B23 | (4) Venini "Argea" Wall Sconce | $976.39 | $3,905.57 *3905.56* |
| | B26 | (3) Italamp 667/APM Wall Sconce | $281.40 | $844.20 |
| | B40 | (1) Italamp 673/AP Wall Sconce | $236.60 | $236.60 |
| | TL1 | (1) Italamp 8025/G Table Lamp | $861.00 | $861.00 |
| | TL2 | (2) Italamp 8025/P Table Lamp | $543.20 | $1,086.40 |
| | TL6 | (2) I.E. Elisabeth Glase Table Lamp | $492.80 | $985.60 |
| | TL7,TL8 | (3) I.E. "Anaca 30" Table Lamp | $427.00 | $1,281.00 |
| | TL10 | (1) Vibia "Tiptoe" Table Lamp | $612.50 | $612.50 |
| | TL11 | (2) Vibia "Tiptoe" Table Lamp | $612.50 | $1,225.00 |

| Invoice Sub Total | 71,674.08 |
|---|---|

| | |
|---|---|
| Invoice Sub Total: | 71,674.08 |
| Tax: | |
| Invoice Total: | $71,674.08 |

*71,674.06*

*# 12890*

*10-10-05*

WHITE LIGHTING DESIGN

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 10/03/05
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Seigal-Bahamas |
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13301

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 13,860.00 | |
| *Through 9/30/2005* | | |
| CAD/Drafting Fees | $ 3,112.50 | |
| *Through 9/30/2005* | | |
| Office Support Fees | $ 4,350.00 | |
| *Through 9/30/2005* | | |
| Sub Total | | $ 21,322.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $ 3,206.25 | |
| *Through 9/30/2005* | | |
| *Travel Expenses* | $ 3,097.77 | |
| *Freight* | $ 472.70 | |
| *Copies* | $ 1,038.00 | |
| *Plots* | | |
| Sub Total | | $ 7,814.72 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | AP 77 WHP 9 | $ 334.60 | |
| | Cobalt- SO 3003 AV Mazzega | $ 561.78 | |
| | PMI | $ 113.40 | |
| Sub Total Fixtures | | | $ 1,009.78 |

| | |
|---|---|
| Invoice Sub Total | $ 30,147.00 |

| | |
|---|---|
| Invoice Sub Total: | $ 30,147.00 |
| Tax: | $ 76.74 |
| Invoice Total: | $ 30,223.74 |

*#12922*
*10-17-05*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com



Date: 01/18/05
Terms: On Receipt

| Richard Siegel | Job name | Siegel-Bahamas |
|---|---|---|
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E. 59th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13174

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 10,467.50 | |
| *Through  1/16/05* | | |
| CAD/Drafting Fees | $  1,917.50 | |
| *Through  1/16/05* | | |
| Office Support Fees | $  1,007.50 | |
| *Through  1/16/05* | | |
| Sub Total | | $    13,392.50 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $  1,560.00 | |
| *Through  1/16/05* | | |
| *Travel Expenses* | $  3,582.19 | |
| *Freight* | $      82.31 | |
| *Copies* | $      48.75 | |
| *Plots* | $    415.73 | |
| Sub Total | | $     5,688.98 |

| Invoice Sub Total | | $    19,081.48 |
|---|---|---|

| | | |
|---|---|---|
| Invoice Sub Total: | $    19,081.48 |
| Tax: | |
| Invoice Total: | $    19,081.48 |

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661   phone
303-463-6665   fax
mail@whitelightingdesign.com





Date: 01/09/06
Terms: On Receipt

WHITE
LIGHTING
DESIGN

| Richard Siegal | Job name | Siegal-Bahamas |
| Bistate Oil Mgt | Job # | 03-028 |
| 5 East 59th St. 5th floor | | |
| NY NY 10022 | | |

### INVOICE # 13357

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 30,463.75 | |
| *Through  1/6/2006* | | |
| CAD/Drafting Fees | $  6,431.25 | |
| *Through  1/6/2006* | | |
| Office Support Fees | $  2,976.25 | |
| *Through  1/6/2006* | | |
| Sub Total | | $     39,871.25 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $  1,875.00 | |
| *Through  1/6/2006* | | |
| *Travel Expenses* | $  1,492.14 | |
| *Freight* | $       91.54 | |
| *Copies* | $     186.75 | |
| *Plots* | $     398.65 | |
| Sub Total | | $      4,044.08 |

| | | |
|---|---|---|
| Invoice Sub Total | | $     43,915.33 |

| | | |
|---|---|---|
| Invoice Sub Total: | $     43,915.33 | |
| Tax: | | |
| Invoice Total: | $     43,915.33 | |