**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



Date: 01/23/06
Terms: On Receipt

| | | | |
|---|---|---|---|
| Richard Siegal | | Job name | Siegal-Bahamas |
| Bistate Oil Mgt | | Job # | 03-028 |
| 5 E. 59th St. 5th Floor | | | |
| NY NY 10022 | | | |

### INVOICE # 13358D

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Deposit for: Upper Level Glass Piece | $ 50,000.00 | |
| Sub Total Fixtures | | $ | 50,000.00 |
| Invoice Sub Total | | $ | 50,000.00 |

| | | |
|---|---|---|
| Deposit Invoice Sub Total: | $ | 50,000.00 |
| Tax: | | |
| Deposit Invoice Total: | $ | 50,000.00 |

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



W H I T E
L I G H T I N G
D E S I G N

Date: 03/20/06
Terms: On Receipt

| | |
|---|---|
| Richard Siegal<br>Bistate Oil Mgt Corp<br>5 E. 59th St. 5th Floor<br>NY NY 10022 | Job name   Siegal Bahamas<br>Job #      03-028 |

### INVOICE # 13415

**CONSULTATION FEES**

| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ 27,168.75 | | |
| *2/4/06-3/17/06* | | | | |
| CAD/Drafting Fees | | $  7,950.00 | | |
| *2/4/06-3/17/06* | | | | |
| Office Support Fees | | $  2,118.75 | | |
| *2/4/06-3/17/06* | | | | |
| Sub Total | | | $ | 37,237.50 |

**REIMBURSABLES**

Miscellaneous Expense

| | | | | |
|---|---|---|---|---|
| *Travel Time* | | $  1,712.50 | | |
| | *2/4/06-3/17/06* | | | |
| *Travel Time* | *Outside Contractor* | $    985.30 | | |
| *Travel Expenses* | *includes outside contractor as well* | $  4,492.99 | | |
| *Freight* | | $  3,237.06 | | |
| *Copies* | | $     75.00 | | |
| *Plots* | | $  4,050.69 | | |
| Sub Total | | | $ | 14,553.54 |

**FIXTURE COST**

| | | | | |
|---|---|---|---|---|
| *Fixtures* | Arc Floor Stainless Steel Fixture | $ 22,621.00 | | |
| | MR16's | $    297.00 | | |
| | Landscape Fixtures | $  1,921.77 | | |
| Sub Total Fixtures | | | $ | 24,839.77 |

| | | |
|---|---|---|
| Invoice Sub Total | $ | 76,630.81 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 76,630.81 |
| Tax: | $ | 1,887.82 |
| Invoice Total: | $ | 78,518.63 |
| Over payment applied | $ | (23,812.50) |
| **Balance Due** | $ | 54,706.13 |

*[handwritten: PD TT # 13325 4-12-06]*

**WHITE LIGHTING DESIGN**

4910 Iris Street
Wheat Ridge, CO 80033
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com



Date: 03/20/06
Terms: On Receipt

| Richard Siegal | Job name | Siegal Bahamas |
|---|---|---|
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE #  Deposit Invoice

FIXTURE COST

| | *Fixtures* | Upper level hall glass scruiptural piece | $ 20,000.00 | | |
|---|---|---|---|---|---|
| | Sub Total Fixtures | | | $ | 20,000.00 |
| **Invoice Sub Total** | | | | $ | 20,000.00 |

| | Invoice Sub Total: | $ | 20,000.00 |
|---|---|---|---|
| | Tax: | | |
| | Invoice Total: | $ | 20,000.00 |

*#13326*
*4-12-06*

WHITE LIGHTING DESIGN

3775 Chase Street
Wheat Ridge, CO 80212
303-463-6561   phone
303-463-6665   fax
mail@whitelightingdesign.com

**WHITE LIGHTING DESIGN**

Date: 03/15/06
Terms: Deposit for all fixtures approved for ordering through White
Lighting Design to date.
Tax and Shipping to be billed upon receipt of invoice from manufacturer.

| | |
|---|---|
| Job name | Siegal - Bahamas |
| Job # | 03-028 |

### DEPOSIT INVOICE # 031506

FIXTURE COST
*Fixtures*

| | Cost each | Total Cost |
|---|---|---|
| (2) Hinson Lighting Floor Lamp - no shades | $2,380.00 | $4,760.00 |
| (2) Italamp 8025/G table lamps | $861.00 | $1,722.00 |
| (3) Bacarrat Ceiling Pendants | $402.50 | $1,207.50 |
| (2) Delta Light "OBER ALU" wall sconces | $345.28 | $690.56 |
| (1) Italamp #802-LG table lamp, ! | $540.40 | $540.40 |
| (2) Design Within Reach "Miss K" table lamp | $305.20 | $610.40 |
| (1) Louis Poulsen #PH3/2 table lamp | $737.80 | $737.80 |
| (1) AV Mazzega "Ireland" Ceiling Mount | $1,135.75 | $1,135.75 |
| (2 sets) AV Mazzega honey beads | $52.50 | $105.00 |
| (1) AV Mazzega "Ireland" wall sconce | $528.50 | $528.50 |
| (1) Vibia "Quadra Mark" ceiling mount | $472.50 | $472.50 |
| (1) Vibia "Quadra Mark Maxi" ceiling mount | $1,039.50 | $1,039.50 |
| (4) Estiluz #A-8010 wall sconce | $364.00 | $1,456.00 |
| (1) Otium "Daphne" table lamp | $1,785.00 | $1,785.00 |
| (2) MSK Illuminations "Margo" table lamp | $973.00 | $1,946.00 |
| (2) Murano Due "Chimera P" wall sconces | $1,085.00 | $2,170.00 |
| (1) Italamp #801-LG table lamp, ? | $571.20 | $571.20 |
| (2) George Kovacs #P050-2 table lamp, red | $79.80 | $159.60 |
| (2) George Kovacs #P4507-084, brushed nickel | $57.40 | $114.80 |
| (2) Hinson Lighting lamp shades plus freight | $266.00 | $532.00 |
| (1) Italamp 82/40 ceiling mount | $457.80 | $457.80 |
| (1) Vibia "Aina" table lamp | $562.80 | $562.80 |
| (1) AV Mazzega "Ireland" pendant | $826.39 | $826.39 |
| (1 set) AV Mazzega cristallo beads | $60.00 | $60.00 |
| (1) Casella F4008 8-arm chandelier | $3,939.40 | $3,939.40 |
| (20) Casella shades for swing-arm lamps | $48.72 | $974.40 |
| (1) Studio Italia Design "Tris" pendant, CT brkfst | $2,196.60 | $2,196.60 |
| (1) Eurofase "Lily" pendant, CT bedroom | $196.00 | $196.00 |
| (2) Bacarrat Ceiling Pendants | $513.50 | $1,027.00 |
| (1) Modiss "Elisabeth" table lamp | $644.46 | $644.46 |

| | | |
|---|---|---|
| Invoice Sub Total: | | 33,169.36 |
| (1) Studio Italia Design "Quasar" lamp - CREDIT | $881.30 | |
| Tax: | | |
| Invoice Total: | | $32,288.06 |

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com





Date: 05/15/06
Terms: On Receipt

| Richard Siegal | | Job name | Siegal-Bahamas |
|---|---|---|---|
| Bistate Oil Mgt Corp | | Job # | 03-028 |
| 5 E 59th St. 5th Floord | | | |
| NY NY 10022 | | | |

### INVOICE # 13446

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| Freight | freight for deposit inv #100705 | $ 1,008.86 | |
| Copies | | | |
| Plots | | | |
| Sub Total | | $ | 1,008.86 |
| **Invoice Sub Total** | | $ | 1,008.86 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 1,008.86 |
| Tax: | | |
| Invoice Total: | $ | 1,008.86 |

**We have moved, please remit payment
to our new location above.  Thank you!**

*(handwritten)* PD. 89252.60
#13409
5-23-06

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
Kevin@whitelightingdesign.com



Date: 05/15/06
Terms: On Receipt

| | | Job name | Siegal-bahamas |
|---|---|---|---|
| Richard Siegal | | Job # | 03-028 |
| Bistate Oil Mgt Corp | | | |
| 5 E. 59th St. 5th Floor | | | |
| NY NY 10022 | | | |

## INVOICE #  13445

| | | | | |
|---|---|---|---|---|
| **REIMBURSABLES** | | | | |
| *Travel Expenses* | | | | |
| *Freight* | | $  1,254.79 | | |
| Sub Total | | | $ | 1,254.79 |
| | | | | |
| **FIXTURE COST** | | | | |
| *Fixtures* | Deposit for Material inv 3120505 | | $ | 211,711.79 |
| | | | | |
| Sub Total Fixtures | | | $ | - |
| | | | | |
| Invoice Sub Total | | | $ | 212,966.58 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 212,966.58 |
| Tax: | $ | 16,090.09 |
| Invoice Total: | $ | 229,056.67 |
| Deposit Received | $ | (211,711.79) |
| **Balance Due** | $ | **17,344.88** |

**We have moved, please remit payment
to our new location above.  Thank you!**

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 05/15/06
Terms: On Receipt

---

Richard Siegal                          Job name    Siegal-Bahamas
Bistate Oil Mgt Corp.                   Job #       03-028
5 East 59th St. 5th Floor
NY NY 10022

---

### INVOICE # 13444

| | | | | | |
|---|---|---|---|---|---|
| **REIMBURSABLES** | | | | | |
| | *Freight* | | $ | 44.79 | |
| | Sub Total | | | | $ 44.79 |
| **FIXTURE COST** | | | | | |
| | *Fixtures* | Fanimation | $ | 1,853.25 | |
| | Sub Total Fixtures | | | | $ 1,853.25 |
| **Invoice Sub Total** | | | | | $ 1,898.04 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 1,898.04 |
| Tax: | $ | 140.85 |
| Invoice Total: | $ | 2,038.89 |

**We have moved, please remit payment
to our new location above.  Thank you!**

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com





Date: 05/15/06
Terms: On Receipt

| Richard Siegal | Job name | Siegal-bahamas |
|---|---|---|
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE # 13447

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 18,986.25 | |
| *Through 4/15/06-5/12/06* | | | |
| CAD/Drafting Fees | | $ 1,500.00 | |
| *Through 4/15/06-5/12/06* | | | |
| Office Support Fees | | $ 1,968.75 | |
| *Through 4/15/06-5/12/06* | | | |
| Sub Total | | | $ 22,455.00 |

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| *Travel Time* | | $ 3,600.00 | |
| *Through 4/15/06-5/12/06* | | | |
| *Travel Expenses* | | $ 3,939.98 | |
| *Freight* | | $ 648.54 | |
| *Plots* | | $ 93.94 | |
| Sub Total | | | $ 8,282.46 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Bronze fixture | $ 200.69 | |
| | Crystals | $ 239.75 | |
| Sub Total Fixtures | | | $ 440.44 |

| Invoice Sub Total | | | $ 31,177.90 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Invoice Sub Total: | | $ | 31,177.90 |
| Tax: | | $ | 33.47 |
| Invoice Total: | | $ | 31,211.37 |

**We have moved, please remit payment
to our new location above.  Thank you!**

WHITE LIGHTING DESIGN

3775 Chase Street
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
mail@whitelightingdesign.com

*Maria*



WHITE
LIGHTING
DESIGN

Date: 05/15/06
Terms: Deposit for all fixtures approved for ordering through White
       Lighting Design to date.
       Tax and Shipping to be billed upon receipt of invoice from manufacturer.

| | |
|---|---|
| Job name | Siegal - Bahamas |
| Job # | 03-028 |

## DEPOSIT INVOICE #  051506

| | Cost each | Total Cost |
|---|---|---|
| **FIXTURE COST** | | |
| *Fixtures* | | |
| (1) Custom Stainless Steel Arc Lamp | $24,883.10 | $24,883.10 |
| (1) Custom Dining Chandelier (crystals not included) | $12,765.50 | $12,765.50 |

| | |
|---|---|
| Invoice Sub Total: | 37,648.60 |
| Tax: | |
| Invoice Total: | $37,648.60 |

```
                                    0 • *

                          18 › 328 › 15 +
                          87 › 012 › 57 +
              002
                         105 › 341 › 72 * +

                                    0 • *
```

#13671
9-8-06

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
Kevin@whitelightingdesign.com





Date: 08/15/06
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59th St. 5th Floor | | |
| NY NY 10021 | | |

### INVOICE # 13504

**CONSULTATION FEES**

| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ 22,668.75 | | |
| *Through 7/8/06-8/11/06* | | | | |
| CAD/Drafting Fees | | $ 2,306.25 | | |
| *Through 7/8/06-8/11/06* | | | | |
| Office Support Fees | | $ 5,737.50 | | |
| *Through 7/8/06-8/11/06* | | | | |
| Sub Total | | | $ | 30,712.50 |

**REIMBURSABLES**

| | | | | |
|---|---|---|---|---|
| Miscellaneous Expense | | | | |
| *Travel Time* | | $ 6,300.00 | | |
| *Through 7/8/06-8/11/06* | | | | |
| *Travel Expenses* | | $ 72.00 | | |
| *Freight* | | $ 167.62 | | |
| *Copies* | | $ 180.43 | | |
| *Plots* | | $ 176.75 | | |
| Sub Total | | | $ | 6,896.80 |

**FIXTURE COST**

| | | | | |
|---|---|---|---|---|
| *Fixtures* | Extra lamps for decorative fixtures | $ 87.90 | | |
| Sub Total Fixtures | | | $ | 87.90 |
| Invoice Sub Total | | | $ | 37,697.20 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 37,697.20 |
| Tax: | $ | 6.68 |
| Invoice Total: | $ | 37,703.88 |
| | | |
| Balance Forward: | | |
| Inv #13482 dated 8/1/06 | $ | 2,861.29 |
| Inv #13484 dated 8/1/06 | $ | 46,448.40 |
| | | |
| **Balance Due:** | $ | 87,013.57 |

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com



Date: 08/01/06
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal Bahama |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E. 59th St. 5th Floor | | |
| NY NY 10022 | | |

## INVOICE #  13484

**REIMBURSABLES**

| | | | |
|---|---|---|---|
| | Surcharge for custom bending of upper hall frame | $  2,500.00 | |
| Sub Total | | | $    2,500.00 |

**FIXTURE COST**
*Fixtures*

| | | | |
|---|---|---|---|
| | Upper Hall | $ 85,000.00 | |
| | 2 hall Chandeliers | $  8,400.00 | |
| | Glass Samples/mockup | $ 12,500.00 | |
| Sub Total Fixtures | | | $ 105,900.00 |
| Invoice Sub Total | | | $ 108,400.00 |

| | |
|---|---|
| Invoice Sub Total: | $ 108,400.00 |
| Tax: | $    8,048.40 |
| Invoice Total: | $ 116,448.40 |
| Deposits Received: | $ (50,000.00) |
| | $ (20,000.00) |
| **Balance Due:** | $   46,448.40 |

**We have moved, please remit payment
to our new location above.  Thank you!**

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 08/01/06
Terms: On Receipt

| Richard Siegal | Job name | Siegal Bahamas |
|---|---|---|
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59th St 5th Floor | | |
| NY NY 10022 | | |

## INVOICE #  13482

FIXTURE COST

| | *Fixtures* | Custom Stainless Steel Arch Lamp | $ 24,883.10 | | |
|---|---|---|---|---|---|
| | | Custom Dining Chandelier (crystals not incl) | $ 12,765.50 | | |
| | Sub Total Fixtures | | | $ | 37,648.60 |
| Invoice Sub Total | | | | $ | 37,648.60 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 37,648.60 |
| Tax: | $ | 2,861.29 |
| Invoice Total: | $ | 40,509.89 |
| Deposit Received: | $ | (37,648.60) |
| **Balance Due:** | $ | 2,861.29 |

**We have moved, please remit payment
to our new location above.  Thank you!**

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com

atto
maria



WHITE
LIGHTING
DESIGN

Date: 08/29/06
Terms: On Receipt

| | |
|---|---|
| Richard Siegal | Job name     Siegal-Bahamas |
| Bistate Oil Mgt Corp | Job #          03-028 |
| 5 E. 59th St. 5th Floor | |
| NY NY 10022 | |

### INVOICE # 13512

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Crystals for Chandelier | $ 17,033.60 | |
| Sub Total Fixtures | | · $ | 17,033.60 |
| Invoice Sub Total | | $ | 17,033.60 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 17,033.60 |
| Tax: | $ | 1,294.55 |
| Invoice Total: | $ | 18,328.15 |
| Balance Forward: | | |
| **Balance Due:** | $ | 18,328.15 |

**We have moved, please remit payment
to our new location above.  Thank you!**

**WHITE LIGHTING DESIGN. INC.**
3775 Chase Street
Wheat Ridge, Colorado 80212

303-463-6661 phone
303-463-6665 fax
www.whitelightingdesign.com



November 9, 2006


Richard Siegal
Bistate Oil Management Corp.
5 East 59th St. 5th Floor
New York, NY 10022

                                                VIA FACSIMILE:  (212) 593-1287

Dear Richard:

        I wanted to drop you a quick note on several fronts.  First, Elizabeth is on site as of this afternoon, and will be there for the next week plus, most likely returning on Friday, the 21st.  I spoke to Gail yesterday and she is aware of this.

        I will go down on Monday, the 27th, if site conditions are ready for myself and three others to install the several custom fixtures as well as continued oversight and coordination with electrical, Theo and security.

        I mention all this as our next couple of invoices, including the one attached, are going to be higher than the norm due to the concentrated number of hours as we near move-in time.  If you have any questions, of course, please call.

        Finally, the end of the year always comes down to cash flow for me, and I just wanted to thank you for your history of extremely quick turnaround on payment for our invoicing.  I appreciate it beyond words.  Thank you.

        I look forward to seeing you on site soon.

Sincerely,

White Lighting Design

Kevin White

KW:st

Attachment

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
Kevin@whitelightingdesign.com





   Date: 10/10/06
   Terms: On Receipt

| | | | |
|---|---|---|---|
| Richard Siegal | | Job name | Siegal Bahamas |
| Bistate Oil Mgt Corp | | Job # | 03-028 |
| 5 East 59th St. 5th Floor | | | |
| NY NY 10022 | | | |

### DEPOSIT INVOICE # 13536D

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Deposit Invoice for Hadco landscape Fixtures | $ 68,075.82 | |
| *Fixtures* | Deposit Invoice for Q Tran Transformers | $  5,602.50 | |
| | Sub Total Fixtures | $ | 73,678.32 |
| Invoice Sub Total | | $ | 73,678.32 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 73,678.32 |
| Tax: | $ | 5,173.76 |
| Invoice Total: | $ | 78,852.08 |

| | | |
|---|---|---|
| **Balance Due:** | $ | 78,852.08 |

**We have moved, please remit payment
to our new location above.  Thank you!**

*(handwritten)* A/5070
10-12-06

WHITE LIGHTING DESIGN

303-463-6661



Date: 10/10/06
Terms:


Atten: Maria ✓

| | |
|---|---|
| Richard Siegal<br>Bistate oil Mgt. Corp.<br>5 East 59th Street, 5th Floor<br>NY, NY  10022 | (212) 593-1287 |

Residence  Siegal Bahamas
Job #  03-028

### INVOICE #13536

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 18,553.75 | | |
| *Through  09/09/06 – 10/06/06* | | | |
| CAD/Drafting Fees | $    806.25 | | |
| *Through  09/09/06 – 10/06/06* | | | |
| Office Support Fees | $  4,012.50 | | |
| *Through  09/09/06 – 10/06/06* | | | |
| Sub Total | | $ | 23,372.50 |

**REIMURSABLES**

| | | | |
|---|---|---|---|
| Travel Time | $    243.75 | | |
| *Through  09/09/06 – 10/06/06* | | | |
| Travel Expenses | $  9,021.50 | | |
| *Freight* | $    956.44 | | |
| *Plots* | $    236.04 | | |
| *Copies* | $     12.91 | | |
| *Outside Svcs* | $    842.50 | | |
| Sub Total | | $ | 11,313.14 |

**MATERIAL COST**

| | | | |
|---|---|---|---|
| *Fixtures & Lamps* | $  2,983.02 | | |
| Sub Total | | $ | 2,983.02 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 37,668.66 |
| Tax: | $ | 226.02 |
| Invoice Total: | $ | 37,894.68 |
| | | |
| Balance Forward: | $ | 26,033.05 |
| Invoice #13514 dated 09/12/06 | | |
| | | |
| **Balance Due:** | $ | 63,927.73 |

*(handwritten)* pd. ✓
#15159
11-2-06






...ING DESIGN

303-463-6661

Kevin@whitelightingdesign.com

Date: 09/12/06
Terms: On Receipt

WHITE
LIGHTING
DESIGN

---

Richard Siegal
Bistate Oil Mgt Corp
5 E 59th St. 5th Floor
NY NY 10022

Job name    Siegal-bahamas
Job #       03-028

---

### INVOICE # 13514

**CONSULTATION FEES**

| | | | |
|---|---|---:|---:|
| Design and Consultation Fees | | $ 13,761.25 | |
| *Through 8/12/06-9/8/06* | | | |
| CAD/Drafting Fees | | $ 468.75 | |
| *Through 8/12/06-9/8/06* | | | |
| Office Support Fees | | $ 2,756.25 | |
| *Through 8/12/06-9/8/06* | | | |
| Sub Total | | | $ 16,986.25 |

**REIMBURSABLES**

| | | | |
|---|---|---:|---:|
| Miscellaneous Expense | | | |
| *Travel Time* | | $ 1,837.50 | |
| *Through 8/12/06-9/8/06* | | | |
| *Travel Expenses* | | $ 3,130.23 | |
| *Freight* | | $ 295.57 | |
| *Copies* | | $ 9.00 | |
| *Plots* | | $ 91.84 | |
| Sub Total | | | $ 5,364.14 |

**FIXTURE COST**

| | | | |
|---|---|---:|---:|
| *Fixtures* | Dining room chandolier lenses | $ 292.15 | |
| | Ocean light | $ 3,130.40 | |
| Sub Total Fixtures | | | $ 3,422.55 |

| | | | |
|---|---|---|---:|
| **Invoice Sub Total** | | | $ 25,772.94 |

---

| | | |
|---|---|---:|
| Invoice Sub Total: | $ | 25,772.94 |
| Tax: | $ | 260.11 |
| Invoice Total: | $ | 26,033.05 |
| Balance Forward: | $ | - |
| **Balance Due:** | $ | 26,033.05 |



FAXED By:
Date:

WHITE LIGHTING DESIGN

303-463-6661





Date: 07/10/06
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Seigal Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13474

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 18,188.75 | |
| *Through 6/10/06 -7/7/06* | | | |
| CAD/Drafting Fees | | $ 375.00 | |
| *Through 6/10/06 -7/7/06* | | | |
| Office Support Fees | | $ 3,112.50 | |
| *Through 6/10/06 -7/7/06* | | | |
| Sub Total | | | $ 21,676.25 |

**REIMBURSABLES**

| | | |
|---|---|---|
| *Travel Expenses* | $ 4,846.49 | |
| *Freight* | $ 560.48 | |
| *Copies* | $ 168.00 | |
| *Plots* | $ 77.49 | |
| Sub Total | | $ 5,652.46 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Fixtures* | Dining chand. Mockup | $ 137.12 | |
| | Lamps | $ 889.64 | |
| Sub Total Fixtures | | | $ 1,026.76 |

| | | |
|---|---|---|
| Invoice Sub Total | | $ 28,355.47 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 28,355.47 |
| Tax: | $ | 78.03 |
| Invoice Total: | $ | 28,433.50 |

| | | |
|---|---|---|
| Balance Forward: | | |
| Invoice # 13466 dated 6/26/06 | $ | 2,453.89 |
| Invoice #13462 dated 6/12/06 | $ | 31,973.49 |
| Invoice # 13423 dated 4/17/06 | $ | 34,837.91 |
| **Balance Due:** | **$** | **97,698.79** |

**We have moved, please remit payment
to our new location above.  Thank you!**

p.1

*correct*

**WHITE LIGHTING DESIGN**



3775 Chase St.
Wheat Ridge, CO 80212
**303-463-6661**  phone
303-463-6665  fax
Kevin@whitelightingdesign.com

**W H I T E**
**L I G H T I N G**
**D E S I G N**

> **Date: 04/17/06**
> Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | **Job name** | Siegal-Bahams |
| **Bistate Oil Mgt Corp** | **Job #** | 03-028 |
| 5 E. 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE # 13423

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 23,538.75 | |
| *Through  3/18/06–4/14/06* | | |
| CAD/Drafting Fees | $     431.25 | |
| *Through  3/18/06–4/14/06* | | |
| Office Support Fees | $  1,181.25 | |
| Sub Total | | $     25,151.25 |

**REIMBURSABLES**

| | | |
|---|---|---|
| Miscellaneous Expense | | |
| *Travel Time* | $  2,250.00 | |
| *Through    3/18/06–4/14/06* | | |
| *Travel Expenses* | $  1,375.41 | |
| *Freight* | $     476.95 | |
| *Copies* | $       54.00 | |
| *Plots* | $     527.80 | |
| *Oustside Services  Engineering* | $  5,002.50 | |
| Sub Total | | $       9,686.66 |

| | | |
|---|---|---|
| **Invoice Sub Total** | | $     34,837.91 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 34,837.91 |
| Tax: | $ | ~~$.00~~ |
| Invoice Total: | $ | ~~$34,835.91~~ |

*34,837.91*

**We have moved, please remit payment**
**to our new location above.  Thank you!**

*Still Due*

*all others were pd but this one*

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
Kevin@whitelightingdesign.com





WHITE
LIGHTING
DESIGN

**Date:** 06/26/06
**Terms:** On Receipt

| Richard Siegal | Job name | Siegal-Bahamas |
|---|---|---|
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E 59th St. Floor | | |
| NY NY 10022 | | |

### INVOICE #  13466

FIXTURE COST
*Fixtures*          Deposit invoice 031506          $ 32,288.06

Sub Total Fixtures                                    $    32,288.06

Invoice Sub Total                                     $    32,288.06

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 32,288.06 |
| Tax: | $ | 2,453.89 |
| Invoice Total: | $ | 34,741.95 |
| Deposit Received | $ | (32,288.06) |
| **Balance Due** | **$** | **2,453.89** |

**We have moved, please remit payment
to our new location above.  Thank you!**

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
**303-463-6661** phone
303-463-6665  fax
Kevin@whitelightingdesign.com





Date: 06/12/06
Terms: On Receipt

| | | |
|---|---|---|
| Richard Siegal | Job name | Siegal Bahamas |
| Bistate Oil Mgt Corp | Job # | 03-028 |
| 5 E. 59th St. 5th Floor | | |
| NY NY 10022 | | |

### INVOICE #  13462

| | | | | |
|---|---|---|---|---|
| **CONSULTATION FEES** | | | | |
| Design and Consultation Fees | | $ 15,396.25 | | |
| *Through 5/13/06-6/9/06* | | | | |
| CAD/Drafting Fees | | $    375.00 | | |
| *Through 5/13/06-6/9/06* | | | | |
| Office Support Fees | | $  1,762.50 | | |
| *Through 5/13/06-6/9/06* | | | | |
| Sub Total | | | $ | 17,533.75 |
| | | | | |
| **REIMBURSABLES** | | | | |
| *Travel Time* | | | | |
| *Through 5/13/06-6/9/06* | | $  5,193.75 | | |
| *Travel Expenses* | | $  3,351.69 | | |
| *Freight* | | $    526.89 | | |
| *Copies* | | | | |
| *Plots* | | $    766.29 | | |
| Sub Total | | | $ | 9,838.62 |
| | | | | |
| **FIXTURE COST** | | | | |
| *Fixtures* | Landscape-accents & pathway lights | $  2,823.10 | | |
| | Crystals | $  1,453.04 | | |
| Sub Total Fixtures | | | $ | 4,276.14 |
| | | | | |
| Invoice Sub Total | | | $ | 31,648.51 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 31,648.51 |
| Tax: | $ | 324.98 |
| Invoice Total: | $ | 31,973.49 |

**We have moved, please remit payment
to our new location above.  Thank you!**

**WHITE LIGHTING DESIGN, INC.**
3775 Chase Street
Wheat Ridge, Colorado 80212

303-463-6661 phone
303-463-6665 fax
www.whitelightingdesign.com

*Fax: (212) 593-1287*
*Atten: Maria Scibelli*



WHITE
LIGHTING
DESIGN

January 30, 2007

Richard Siegal
Bistate Oil Mgt. Corp.
5 East 59th St. 5th Floor
NY NY 10022

Richard,

Attached please find our two open invoices as of this morning. The first for #112,830.90 is dated 01/03/07 and the one dated today for January's work is for $93,784.83.

Between these two invoices the sub total for fixture costs, travel expenses, reimbursables and payment to the electricians we had come down is $ 143,284.29. As this has been cash out of my pocket, I am trusting you understand why I am needing this paid immediately. The balance of $ 59,960.00 is for WLD's fees and I am hoping that you would also be willing to send a % of this as well. Could you please ask Maria to call Susan to let her know what is being sent now, as I am out of state the next two days before flying down to Nassau on Friday and I need to direct her accordingly. Thank you.

*# 15494 - 2/1/07*

I will be on site late this Friday afternoon, and it looks as though by next week I will have Elizabeth join me if they are ready for landscape lighting to be landed and programming checked.

Sincerely,

Kevin D. White
White Lighting Design, Inc.

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



WHITE
LIGHTING
DESIGN

Date: 01/03/07
Terms: On Receipt

| | |
|---|---|
| Richard Siegal | Job Name:  Siegal Bahamas |
| Bistate Oil Mgt Corp | Job #  03-028 |
| 5 East 59th St. 5th Floor | |
| NY NY 10022 | |

### PROGRESS INVOICE #3

**CONSULTATION FEES**

| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ | 41,486.25 | |
| *Through: 12/02/06 - 12/29/06* | | | | |
| Office Support Fees | | $ | 5,381.25 | |
| *Through: 12/02/06 - 12/29/06* | | | | |
| Sub Total | | | | $   46,867.50 |

**REIMURSABLES**

| | | | | |
|---|---|---|---|---|
| Travel Time | | $ | 8,550.00 | |
| *Through: 12/02/06 - 12/29/06* | | | | |
| Travel  Expense | | $ | 28,086.48 | |
| Freight | | $ | 3,247.18 | |
| Plots | | $ | 11.29 | |
| Outside Sources | *Molly Petranek* | $ | 107.50 | |
| | *Heritage Glass* | $ | 2,155.35 | |
| | *Matt Sanchez* | $ | 2,500.00 | |
| | *David Mondragon* | $ | 8,925.00 | |
| Sub Total | | | | $   53,582.80 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Nanette Italamp Ceiling Mount* | $ | 518.00 | |
| *Grommets* | $ | 1,146.24 | |
| *Miscellaneous Supplies* | $ | 448.50 | |
| *Lsmping* | $ | 9,393.39 | |
| Sub Total | | | $   11,506.13 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 111,956.43 |
| Tax: | $ | 874.47 |
| Invoice Total: | $ | 112,830.90 |
| **Balance Forward:** | | |
| **Balance Due:** | $ | 112,830.90 |

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



Date: 01/30/07
Terms: On Receipt

---

Richard Siegal                                    Job Name:  Siegal Bahamas
Bistate Oil Mgt Corp                                 Job #  03-028
5 East 59th St. 5th Floor
NY NY 10022

---

### INVOICE #13587

**CONSULTATION FEES**
| | | | |
|---|---|---|---|
| Design and Consultation Fees | $ 12,586.25 | | |
| *Through: 12/30/06 - 01/26/07* | | | |
| Office Support Fees | $   506.25 | | |
| *Through: 12/30/06 - 01/26/07* | | | |
| Sub Total | | $ | 13,092.50 |

**REIMURSABLES**
| | | | |
|---|---|---|---|
| Travel Time | $  1,950.00 | | |
| *Through: 12/30/06 - 01/26/07* | | | |
| Travel Expense | $ 24,107.75 | | |
| Freight | $  3,310.70 | | |
| Outside Services   *David Mondragon* | $ 12,537.50 | | |
| Outside Services   *Matt Sanchez* | $  3,434.51 | | |
| Sub Total | | $ | 45,340.46 |

**FIXTURE COST**
| | | | |
|---|---|---|---|
| *Panasonic Whisper Fans* | $   504.00 | | |
| *Focal Point Fixtures* | $ 18,088.00 | | |
| *Lutron Ballasts* | $  6,562.00 | | |
| *Materials from Acuostic Visions to Site* | $  6,190.96 | | |
| *Sylvania Lamping* | $  1,282.68 | | |
| *National Cathode* | $   118.20 | | |
| *Miscellaneous Materials* | $   109.06 | | |
| Sub Total | | $ | 32,854.90 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 91,287.86 |
| Tax: | $ | 2,496.97 |
| Invoice Total: | $ | 93,784.83 |

**Balance Forward:**
Invoice # Dated /06

| | | |
|---|---|---|
| **Balance Due:** | $ | 93,784.83 |

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



Date: 12/05/06
Terms: On Receipt

| | |
|---|---|
| Richard Siegal | Job Name Siegal Bahamas |
| Bistate Oil Mgt Corp | Job # 03-028 |
| 5 East 59th St. 5th Floor | |
| NY NY 10022 | |

### PROGRESS INVOICE #2

**CONSULTATION FEES**

| | | | |
|---|---|---|---|
| Design and Consultation Fees | | $ 41,525.00 | |
| *Through: 11/04/06 - 12/01/06* | | | |
| Office Support Fees | | $ 1,575.00 | |
| *Through: 11/04/06 - 12/01/06* | | | |
| Sub Total | | | $ 43,100.00 |

**REIMURSABLES**

| | | | |
|---|---|---|---|
| Travel Time | | $ 5,100.00 | |
| *Through: 11/04/06 - 12/01/06* | | | |
| Travel  Expense | | $ 1,776.29 | |
| *Freight* | | $ 1,625.95 | |
| *Plots* | | $ 49.00 | |
| Outisde Services *Heritage Glass* | | $ 10,000.00 | |
| *Molly Petranek* | | $ 365.00 | |
| Sub Total | | | $ 18,916.24 |

**FIXTURE COST**

| | | | |
|---|---|---|---|
| *Materials* | Cable | $ 80.40 | |
| *Materials* | Lenses, Dreamscape boxes, Casella Plates | $ 512.00 | |
| *Materials* | Prudential Fixtures | $ 11,275.99 | |
| Sub Total | | | $ 11,868.39 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 73,884.63 |
| Tax: | $ | 901.99 |
| Invoice Total: | $ | 74,786.62 |

**Balance Forward:**

| | | |
|---|---|---|
| Siegal NY #02-008 Inv #13361 Dated 01/09/06 | $ | 3,663.96 |
| Siegal NY #02-008 Inv #13472 Dated 07/10/06 | $ | 1,944.00 |
| Siegal Vail #00-032 Inv #13371 Dated 02/06/06 | $ | 246.76 |
| Progress Inv #1 Dated 11/08/06 | $ | 66,055.33 |
| **Balance Due:** | $ | 146,696.67 |

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com

Date: 11/08/06
Terms: On Receipt



**W H I T E**
**LIGHTING**
**D E S I G N**

---

| | |
|---|---|
| Richard Siegal | Job name  Siegal Bahamas |
| Bistate Oil Mgt Corp | Job # 03-028 |
| 5 East 59th St. 5th Floor | |
| New York, NY 10022 | |

---

### PROGRESS INVOICE #1

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 32,481.25 | |
| *Through: 10/07/06 – 11/03/06* | | |
| CAD/Drafting Fees | $    562.50 | |
| *Through: 10/07/06 – 11/03/06* | | |
| Office Support Fees | $  4,126.25 | |
| *Through: 10/07/06 – 11/03/06* | | |
| Sub Total | | $    37,170.00 |

**REIMURSABLES**

| | | |
|---|---|---|
| Travel Time | $  5,775.00 | |
| *Through: 10/07/06 – 11/03/06* | | |
| Travel  Expense | $  8,134.74 | |
| *Freight* | $  7,379.56 | |
| *Plots* | $    679.84 | |
| Sub Total | | $    21,969.14 |

**FIXTURE COST**

| | | |
|---|---|---|
| *Materials - Landscape Flags* | $      44.40 | |
| *Materials - to install dining chandelier* | $    113.11 | |
| *Materials - Casella Fixture* | $  2,644.32 | |
| *Materials - Eurofaze Sconces* | $    210.00 | |
| *Materials - Alpine Fixture* | $    303.75 | |
| *Materials - Miscellaneous* | $  2,716.39 | |
| Sub Total | | $      6,031.97 |

---

| | |
|---|---|
| Invoice Sub Total: | $   65,171.11 |
| Tax on Transformers listed on Deposit Invoice 13536D | $      425.79 |
| Tax: | $      458.43 |
| Invoice Total: | $   66,055.33 |

| | |
|---|---|
| **Balance Forward:** | |
| Siegal NY #02-008 Inv #13361 Dated 01/09/06 | $    3,663.96 |
| Siegal NY #02-008 Inv #13472 Dated 07/10/06 | $    1,944.00 |
| Siegal Vail #00-032 Inv #13371 Dated 02/06/06 | $      246.76 |
| **Balance Due:** | $   71,910.05 |

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com

Date: 02/27/07
Terms: On Receipt



WHITE
LIGHTING
DESIGN

---

Richard Siegal                                          Job Name:  Siegal Bahamas
Bistate Oil Mgt Corp                                    Job #   03-028
5 East 59th St. 5th Floor                               Via Fax: (212) 593-1287
NY NY 10022

---

### INVOICE #13602

**CONSULTATION FEES**

| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ 37,220.00 | | |
| *Through: 01/27/07 - 02/27/07* | | | | |
| Office Support Fees | | $ 7,481.25 | | |
| *Through: 01/27/07 - 02/27/07* | | | | |
| Sub Total | | | $ | 44,701.25 |

**REIMURSABLES**

| | | | | |
|---|---|---|---|---|
| Travel Time | | $ 4,125.00 | | |
| *Through: 01/27/07 - 02/27/07* | | | | |
| Travel Expense | | $ 32,546.32 | | |
| Freight/Duty | | $ 3,661.35 | | |
| Plots | | $ 30.59 | | |
| Outside Sources | *David Mondragon* | $ 9,312.50 | | |
| | *David Mondragon* | $ 7,000.00 | | |
| | *Brian Heritage* | $ 6,625.00 | | |
| | *Matt Sanchez* | $ 1,325.00 | | |
| Sub Total | | | $ | 64,625.76 |

**FIXTURE COST**

| | | |
|---|---|---|
| *CV Ltg cove lights* | $ | 11,732.00 |
| *10) Venture MS875W/BU/BT37/PS Lamps* | $ | 1,081.07 |
| *Lutron Parts for Siegal Res* | $ | 2,577.08 |
| *Lutron ELVI-1000* | $ | 970.20 |
| *2 pc Glass for Louis Poulsen PH3/2 TL* | $ | 300.00 |
| *Hadco Landscape Fixtures* | $ | 5,340.60 |
| *Treestraps for Fixtures* | $ | 334.87 |
| *75W Par 30/H/FL35* | $ | 558.60 |
| *Ballasts for Gardco Circa Tennis Fixtures* | $ | 409.50 |
| *Lutron HWV-600D & HWV-1000NS Brown* | $ | 334.95 |
| *Custom Swing Arm Lamps for M/B* | $ | 2,435.24 |
| *Louvers for Hadco Landscape Fixt* | $ | 1,389.50 |
| *Sylvania Pentron (T5HO)* | $ | 378.00 |
| *Lutron FDB-T554-120-2 Hi-Lume Ballast* | $ | 877.80 |
| *Lutron #HWI-PS 120 & Wire* | $ | 2,803.50 |

**WHITE LIGHTING DESIGN**

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661   phone
303-463-6665   fax
kevin@whitelightingdesign.com



| | | |
|---|---|---|
| Replacement glass U/L Hallway | $ | 1,503.54 |
| Lutron Items | $ | 4,701.78 |
| Misc. Electrical | $ | 242.36 |
| Pathlytes | $ | 2,758.00 |
| Fanimation | $ | 504.00 |
| Sub Total | | |
| | $ | 41,232.59 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 150,559.60 |
| Tax: | $ | 2,911.36 |
| Invoice Total: | $ | 153,470.96 |

**Remaining Balance Forward:**

| | | |
|---|---|---|
| (Progress Invoice 3) Invoice #13583 Dated 01/02/07 | $ | 47,741.96 |
| Invoice #13587 Dated 01/30/07 | $ | 15,589.47 |
| **Balance Due:** | $ | 216,802.39 |

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



Date: 01/03/07
Terms: On Receipt

| | |
|---|---|
| Richard Siegal | Job Name:  Siegal Bahamas |
| Bistate Oil Mgt Corp | Job #  03-028 |
| 5 East 59th St. 5th Floor | |
| NY NY 10022 | |

### PROGRESS INVOICE #3

**CONSULTATION FEES**

| | | | |
|---|---|---:|---:|
| Design and Consultation Fees | | $ 41,486.25 | |
| *Through:  12/02/06 - 12/29/06* | | | |
| Office Support Fees | | $  5,381.25 | |
| *Through:  12/02/06 - 12/29/06* | | | |
| Sub Total | | | $  46,867.50 |

**REIMURSABLES**

| | | | |
|---|---|---:|---:|
| Travel Time | | $  8,550.00 | |
| *Through:  12/02/06 - 12/29/06* | | | |
| Travel  Expense | | $ 28,086.48 | |
| Freight | | $  3,247.18 | |
| Plots | | $     11.29 | |
| Outside Sources | *Molly Petranek* | $    107.50 | |
| | *Heritage Glass* | $  2,155.35 | |
| | *Matt Sanchez* | $  2,500.00 | |
| | *David Mondragon* | $  8,925.00 | |
| Sub Total | | | $  53,582.80 |

**FIXTURE COST**

| | | | |
|---|---|---:|---:|
| *Nanette Italamp Ceiling Mount* | | $    518.00 | |
| *Grommets* | | $  1,146.24 | |
| *Miscellaneous Supplies* | | $    448.50 | |
| *Lsmping* | | $  9,393.39 | |
| Sub Total | | | $  11,506.13 |

| | | |
|---|---|---:|
| Invoice Sub Total: | $ | 111,956.43 |
| Tax: | $ | 874.47 |
| Invoice Total: | $ | 112,830.90 |
| **Balance Forward:** | | |
| **Balance Due:** | $ | 112,830.90 |

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



Date: 01/03/07
Terms: On Receipt

---

Richard Siegal                                  Job Name:  Siegal Bahamas
Bistate Oil Mgt Corp                            Job #  03-028
5 East 59th St. 5th Floor
NY NY 10022

---

### PROGRESS INVOICE #3 (13583)

CONSULTATION FEES
| | | | | |
|---|---|---|---|---|
| Design and Consultation Fees | | $ 41,486.25 | | |
| *Through: 12/02/06 – 12/29/06* | | | | |
| Office Support Fees | | $ 5,381.25 | | |
| *Through: 12/02/06 – 12/29/06* | | | | |
| Sub Total | | | $ 46,867.50 | ~Due |

REIMURSABLES
| | | | | |
|---|---|---|---|---|
| Travel Time | | $ 8,550.00 | | |
| *Through: 12/02/06 – 12/29/06* | | | | |
| Travel  Expense | | $ 28,086.48 | | |
| Freight | | $ 3,247.18 | | |
| Plots | | $ 11.29 | | |
| Outside Sources | *Molly Petranek* | $ 107.50 | | |
| | *Heritage Glass* | $ 2,155.35 | | |
| | *Matt Sanchez* | $ 2,500.00 | | |
| | *David Mondragon* | $ 8,925.00 | | |
| Sub Total | | | $ 53,582.80 | Paid |

FIXTURE COST
| | | | |
|---|---|---|---|
| *Nanette Italamp Ceiling Mount* | $ 518.00 | | |
| *Grommets* | $ 1,146.24 | | |
| *Miscellaneous Supplies* | $ 448.50 | | |
| *Lsmping* | $ 9,393.39 | | |
| Sub Total | | $ 11,506.13 | Paid |

|  | | |
|---|---|---|
| Invoice Sub Total: | $ | 111,956.43 |
| Tax: | $ | 874.47  ~Due |
| Invoice Total: | $ | 112,830.90 |

**Balance Forward:**

**Balance Due:**          $    112,830.90

WHITE LIGHTING DESIGN

3775 Chase St.
Wheat Ridge, CO 80212
303-463-6661  phone
303-463-6665  fax
kevin@whitelightingdesign.com



Date: 01/03/07
Terms: On Receipt

Richard Siegal                                              Job Name:  Siegal Bahamas
Bistate Oil Mgt Corp                                          Job #  03-028
5 East 59th St. 5th Floor
NY NY 10022

### PROGRESS INVOICE #3

**CONSULTATION FEES**

| | | |
|---|---|---|
| Design and Consultation Fees | $ 41,486.25 | |
| *Through: 12/02/06 - 12/29/06* | | |
| Office Support Fees | $ 5,381.25 | |
| *Through: 12/02/06 - 12/29/06* | | |
| Sub Total | | $ 46,867.50 |

**REIMURSABLES**

| | | |
|---|---|---|
| Travel Time | $ 8,550.00 | |
| *Through: 12/02/06 - 12/29/06* | | |
| Travel Expense | $ 28,086.48 | |
| Freight | $ 3,247.18 | Pd |
| Plots | $ 11.29 | |
| Outside Sources   *Molly Petranek* | $ 107.50 | |
| *Heritage Glass* | $ 2,155.35 | |
| *Matt Sanchez* | $ 2,500.00 | |
| *David Mondragon* | $ 8,925.00 | |
| Sub Total | | $ 53,582.80 |

**FIXTURE COST**

| | | |
|---|---|---|
| *Nanette Italamp Ceiling Mount* | $ 518.00 | |
| *Grommets* | $ 1,146.24 | |
| *Miscellaneous Supplies* | $ 448.50 | Pd. |
| *Lsmping* | $ 9,393.39 | |
| Sub Total | | $ 11,506.13 |

| | | |
|---|---|---|
| Invoice Sub Total: | $ | 111,956.43 |
| Tax: | $ | 874.47 |
| Invoice Total: | $ | 112,830.90 |

**Balance Forward:**

**Balance Due:**                          $ 112,830.90

$47,741.97