Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway
Suite 2001
New York, New York 10018
(212) 631-0223

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RICHARD SIEGAL,                          :   No. 07-cv-5991 (JSR)
                                                             :   Electronically Filed Case
                        Plaintiff,           :
                                                             :   **NOTICE OF CHANGE**
            -against-                        :   **OF ADDRESS**
                                                             :
WHITE LIGHTING DESIGN, INC. and  :
KEVIN D. WHITE,                          :
                                                             :
                        Defendants.      :
-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE

NOTICE THAT:

As of Monday, September 3, 2007, Paul Niehaus and Niehaus LLP, counsel for Plaintiff Richard

Siegal, is:

> Niehaus LLP
> 1359 Broadway, Suite 2001
> New York, New York 10018
> (212) 631-0223 (tel)
> (212) 624-0223 (fax)
> e-mail: pniehaus@niehausllp.com

Please deliver and/or serve all documents at the above address, and contact me at the above

1

2

telephone number and/or e-mail address.

Dated: September 5, 2007
New York, New York

                                      s/ Paul R. Niehaus
Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, New York  10018
(212) 631-0223 (tel)
(212) 624-0223 (fax)
e-mail: pniehaus@niehausllp.com

TO:    Clerk of the Court
         Southern District of New York
         500 Pearl Street
         New York, New York

         -and-

         Eric Wertheim
         Val Mandel, P.C.
         80 Wall Street
         Suite 1115
         New York, New York  10005

**CERTIFICATE OF SERVICE**

      I, Paul R. Niehaus, an attorney in good standing of the Bar of this Court and of the State of New York, and counsel for Plaintiff herein, hereby certify that I have this day filed the foregoing Notice of Change of Address by the Electronic Filing System, which will automatically serve a copy by ECF upon Eric Wertheim of Val Mandel, P.C., counsel for Defendants.

      This 5th day of September, 2007.

                                                  s/ Paul R. Niehaus
                                                  Paul R. Niehaus