08/30/2007 THU 15:40  FAX 912126681701                           ☒003/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
RICHARD SIEGAL,                           :
                                          :
                                          :
            -against-                     : 07 CV. 5991 (JSR)
                                          :
                                          :
WHITE LIGHTING DESIGN, INC.               :
and KEVIN D. WHITE,                       : **STIPULATION**
                                          : **EXTENDING TIME TO**
                                          : **ANSWER**
                       Defendants.        :
                                          :
------------------------------------------X

IT IS HEREBY STIPULATED that the time for the defendants,

White Lighting Design, Inc. and Kevin D. White, to respond

to the complaint be, and the same hereby is, extended to

and including the 11th day of September, 2007.

Dated:     New York, New York
           August 30, 2007


Niehaus LLP                      Val Mandel, P.C.
*Attorneys for Plaintiff*        *Attorneys for Defendants*
230 Park Avenue, 10th Floor      80 Wall Street, Suite 1115
New York, NY 10169               New York, NY 10005


By:  Paul R. Niehaus, Esq.       By:  Eric Wertheim, Esq.


SO ORDERED this 5th
day of September 2007


                                 _____
                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-6-07