Rakoff

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway
Suite 2001
New York, New York 10018
(212) 631-0223

USDNY
DOCUMENT
ELECTRONICALLY
#:
DATE FILED: 10-4-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICHARD SIEGAL,

                    Plaintiff,

-against-

WHITE LIGHTING DESIGN, INC. and
KEVIN D. WHITE,

                    Defendants.
-----------------------------------------------------------X

No. 07-cv-5991 (JSR)
Electronically Filed Case

**STIPULATION
EXTENDING TIME TO
ANSWER**

WHEREAS, on September 11, 2007, Defendants filed their Answer and Counterclaims against plaintiff, Richard Siegal; and

WHEREAS, counsel for Defendants has indicated his intention to name additional parties as defendants to the Counterclaims; and

WHEREAS, counsel for Plaintiff has indicated his intention to move to dismiss at least one of the Counterclaims; and

WHEREAS, the parties agree that it would be more efficient for the parties and the Court for Plaintiff to file a single Answer and/or Motion with respect to all parties named as Counterclaim Defendants; therefore,

THE PARTIES AGREE AND IT IS HEREBY STIPULATED, that the time for Plaintiff, Richard Siegal, to respond to Defendants' counterclaims be, and the same hereby is, extended to the last day upon which any additional Counterclaim Defendants may answer or respond, OR

1

until ten (10) days after counsel for Defendants informs Plaintiff's counsel that no additional parties will be named as Counterclaim-Defendants.

Dated: New York, New York
      October 1, 2007

NIEHAUS LLP

*/s/ Paul R. Niehaus*

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, New York 10018
(212) 631-0223 (tel)
*Attorneys for Plaintiff*

VAL MANDEL, P.C.

*/s/ Eric Wertheim*

Eric Wertheim (EW-3049)
VAL MANDEL, P.C.
80 Wall Street, Suite 1115
New York, New York 10005
(212) 668-1700
*Attorneys for Defendants*

DENIED, without prejudice, for violation of Rule 1 of the Court's Individual Rules

SO ORDERED this **3rd** day of ~~October~~ November, 2007

*/s/ Jed S. Rakoff*
Hon. Jed S. Rakoff, U.S.D.J.