UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD SIEGAL,

                 Plaintiff,

-against-

WHITE LIGHTING DESIGN, INC. and
KEVIN D. WHITE,

                 Defendants.
---------------------------------------------------------------X
WHITE LIGHTING DESIGN, INC. and
KEVIN D. WHITE,

                 Counterclaim-Plaintiffs,

-against-

RICHARD SIEGAL, GAIL SIEGAL
and BISTATE OIL MANAGEMENT CORP.,

                 Counterclaim-Defendants.
---------------------------------------------------------------X

No. 07-cv-5991 (JSR)
Electronically Filed Case

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

IT IS HEREBY STIPULATED AND AGREED, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the claims, counterclaims, and all defenses of this action be and hereby are dismissed with prejudice.

Dated: New York, New York
        December 21, 2007

_____
Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, New York 10018
(212) 631-0223 (tel)
*Attorneys for Plaintiff and
Counterclaim Defendants*

_____
Eric Wertheim (EW-3049)
VAL MANDEL P.C.
80 Wall Street, Suite 1115
New York, New York 10005
(212) 668-1800
*Attorneys for Defendants/Counterclaim-
Plaintiffs*

SO ORDERED:
_____
Hon. Jed S. Rakoff, U.S.D.J.
12-27-07

1